

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

ders@bn-lawyers.com

July 6, 2021

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. The initial conference is adjourned to 8/31/2021 at 12:30 p.m.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 7, 2021

Re:   SILBERSTEIN v. RECEIVABLE SOLUTIONS, LLC
      Docket No. 21-CV-03721

Dear Judge Halpern:

Please be advised that this office represents the defendant in the above-captioned matter. This letter is written to request an adjournment of the initial court conference, now scheduled for August 16, 2021, at 9:30 AM.

Defendant makes this request because the undersigned will be out of town on August 16, 2021 and will not be available that week. We will be available at any time convenient to the Court, during the week of August 23, 2021, except for August 27th.

This is the first request to adjourn the initial court conference and is made with consent of opposing counsel. We are both available on August 23rd, 24th, 25th or 26th.

We thank the court for its consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/bmm

Cell: (845) 548-2213 | Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com